# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Township Of West Lakeland, MN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Karl Auleciems
> 1505 Neal Ave Crt N
> Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24−cv−01661−KMM−DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                                            _____
                                                                                            *Server's signature*

                                                                                            _____
                                                                                            *Printed name and title*

                                                                                            _____
                                                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Washington County Minnesota

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Karl Auleciems
> 1505 Neal Ave Crt N
> Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: _/s/ M. Fogarty_

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                *Server's signature*

                                                    _____
                                                                *Printed name and title*

                                                    _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:　Dan Kyllo

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　Karl Auleciems
　　　　　1505 Neal Ave Crt N
　　　　　Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　By: *M. Fogarty*

　　　　　　　　　　　　　　　　　　　　　　　Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                   _____
                                                                              *Server's signature*

                                                                 _____
                                                                              *Printed name and title*

                                                                 _____
                                                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.                                                Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Dave Schultz

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Karl Auleciems
      1505 Neal Ave Crt N
      Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                                        *Server's signature*

                                                                        _____
                                                                        *Printed name and title*

                                                                        _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Viet Hanh Winchell

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Karl Auleciems
>1505 Neal Ave Crt N
>Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                    *Server's signature*

                                                    _____
                                                                    *Printed name and title*

                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Galowitz Olson PLLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Karl Auleciems
   1505 Neal Ave Crt N
   Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:  *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.   Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:   Dan Starry

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Karl Auleciems
> 1505 Neal Ave Crt N
> Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                    *Server's signature*

                                                  _____
                                                                    *Printed name and title*

                                                  _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: 10th Judicial District of Minnesota

　A lawsuit has been filed against you.

　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Karl Auleciems
　　1505 Neal Ave Crt N
　　Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                                                  *Server's signature*

                                                                      _____
                                                                                  *Printed name and title*

                                                                      _____
                                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  Stoney L Hiljus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>     Karl Auleciems
>     1505 Neal Ave Crt N
>     Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                       _____
                                                          *Server's signature*

                                          _____
                                                          *Printed name and title*

                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Karl Auleciems et al

Plaintiff(s),

v.  Case No. 0:24−cv−01661−KMM−DJF

Township Of West Lakeland, MN et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:  John Hoffman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Karl Auleciems
> 1505 Neal Ave Crt N
> Lake Elmo, MN 55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 8, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–01661–KMM–DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                                        *Server's signature*

                                                                        _____
                                                                        *Printed name and title*

                                                                        _____
                                                                        *Server's address*

Additional information regarding attempted service, etc: